BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CONLEY

**FILED**

OCT 21 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-713 EMC (MAG) |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE RE: DETENTION |
| v. | ) | |
| TIFFANY TESHAMBA CONLEY, | ) | |
| Defendant. | ) | |

Stip. & [Proposed] Order to Vacate Status Conference;
*US v. Conley*, Case No. 11-713 EMC (MAG)                1

1  On October 11, 2011, Tiffany Teshamba Conley, defendant in the above-captioned case, made her initial appearance on an alleged violation of her supervised release before the visiting Magistrate Judge Rosalyn M. Chapman. At that time, she was released on the conditions of her supervised release that had previously been imposed. At the government's request, a status conference regarding her detention was set for November 4, 2011 at 9:30 am before the duty magistrate; however, the parties informed Magistrate Judge Chapman that such a hearing may not be necessary. The parties are now in agreement that such a hearing is unnecessary. Accordingly, the parties hereby stipulate and agree that the status conference on detention scheduled for November 4, 2011 at 9:30 am be vacated. A status conference is already scheduled before Judge Edward M. Chen on November 3, 2011 at 2:00 pm.

IT IS SO STIPULATED.

October 20, 2011
DATED

/s
TAREK HELOU
Assistant United States Attorney

October 20, 2011
DATED

/s
JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

10/21/11
DATED

TIMOTHY J. BOMMER
United States Magistrate Judge

Stip. & [Proposed] Order to Vacate Status Conference;
US v. Conley, Case No. 11-713 EMC (MAG)      2