1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   THOMAS E. STEVENS  (CABN 168362)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax:  (415) 436-7234
       E-Mail:  Thomas.Stevens@usdoj.gov
8
   Attorney for the United States
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )   CR-11-0713 EMC
                                       )
14      Plaintiff,                     )   STIPULATION AND [P~~ROPO~~SED]
                                       )   ORDER CONTINUING HEARING
15                                     )   RE: REVOCATION OF SUPERVISED
                                       )   RELEASE
16      v.                             )
                                       )
17                                     )
    TIFFANY T. CONLEY,                 )
18                                     )
        Defendant.                     )
19                                     )
                                       )
20  _____

21      WHEREAS, on August 29, 2012, the above-captioned case came before the Court for hearing

22  on revocation of supervised release, and the Court continued the matter, and a different criminal case

23  in which defendant Conley is among the defendants , CR-12-0459 EMC, to November 7, 2012;

    WHEREAS, on October 30, 2012, based upon the parties' stipulation, the Court continued
24
    the status conference in CR-12-0459 EMC to November 28, 2012;
25
        WHEREAS, in the interest of efficiency for the Court and the parties, the United States and
26
    defendant Conley desire to continue the probation revocation proceedings to the same date as CR-12-
27
    0459 EMC;
28

**STIP. AND [PROPOSED] ORDER RE: REVOC. HRG.**
CR-11-0713 EMC

1  NOW, THEREFOR, the parties seek to continue the probation revocation hearing presently
2  set for November 7, to November 28, 2012, and defendant Conley agrees that a hearing on that date,
3  or any future date (if any) to which she agrees, constitutes a "reasonable time" under Fed. R. Crim.
4  Proc. 32.1(b)(2).
5       SO STIPULATED.
6  DATED:  November 5, 2012          MELINDA HAAG
                                      United States Attorney
7
8                                         /s/
                                      Thomas E. Stevens
9                                     Assistant United States Attorney
10
11 DATED:  November 5, 2012                /s/
                                      Timothy Crudo
12                                    Counsel to Tiffany Conley
13
14
                    [PR~~OP~~OSED] ORDER
15
    Based upon the above stipulation, the Court hereby orders that the probation revocation
16
    hearing currently set for November 7, 2012, is VACATED.  The new hearing date is November
17
    28, 2012, at 2:30 p.m.
18
19      IT IS SO ORDERED.
20
    DATED:  November  5 , 2012
21
22
                                      _____
23                                    EDWARD M. CHEN
                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28

**STIP. AND [PROPOSED] ORDER RE: REVOC. HRG.**
CR-11-0713 EMC                         2