1  LATHAM & WATKINS LLP
     Timothy P. Crudo (Bar No. 143835)
2    Laura Vartain Horn (Bar No. 258485)
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone: +1.415.391.0600
4  Facsimile: +1.415.395.8095

5  Attorneys for Defendant
   Tiffany T. Conley
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. CR 11-00713 EMC |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | STIPULATION AND [PROPOSED] ORDER APPOINTING COUNSEL |
| 14 | TIFFANY T. CONLEY, | |
| 15 | Defendant. | |
| 16 | | |
| 17 | UNITED STATES OF AMERICA, | CASE NO. CR 12-00459 EMC |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | MYRA B. MINKS, TIFFANY T. CONLEY, LETITIA R. MAYS, and ANDREA C. MOHR, | |
| 21 | | |
| 22 | Defendants. | |

23      WHEREAS, on or about July 19, 2012, the Court appointed Timothy P. Crudo and

24  Latham & Watkins LLP as counsel to represent Tiffany T. Conley in the above-captioned

25  matters as substitute counsel for the Federal Defender, who was conflicted from representing Ms.

26  Conley;

27      WHEREAS, certain facts have arisen creating a potential conflict between Ms. Conley

28  and her current counsel;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR 11-00713 EMC
CASE NO. CR 12-00459 EMC

FILED
DEC 11 2012
RICHARD W. [WIEKING]
CLERK, U.S. [DISTRICT COURT]
NORTHERN DISTRICT OF CALIFORNIA

1  WHEREAS, the parties agree that it is appropriate for independent counsel to advise Ms.
2  Conley on the potential conflict, and;

3  WHEREAS, Ms. Conley remains financially unable to employ counsel;

4  IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their
5  respective counsel of record, that the Court appoint separate counsel to advise Ms. Conley on the
6  issue of the potential conflict in the above-captioned matters.

7  Dated: December 10, 2012

8  LATHAM & WATKINS LLP

10  By /s/ Timothy P. Crudo
    Timothy P. Crudo
11  Attorneys for Defendant
    Tiffany T. Conley

13  Dated: December 10, 2012

14  MELINDA HAAG
    United States Attorney

16  By /s/ Thomas E. Stevens
17  Thomas E. Stevens
    United States Attorney

19  [PROPOSED] ORDER

20  IT IS SO ORDERED. Court clerk to set date for
21  appearance of conflict counsel.

22  Dated: 12/11/2012

    Nathanael Cousins
23  United States Magistrate Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR 11-00713 EMC
CASE NO. CR 12-00459 EMC