MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney

   1301 Clay St., Ste. 340 S
   Oakland, California 94612
   Telephone:  (510) 637-3701
   E-Mail:  Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR-11-0713 EMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PR~~O~~POSED] |
| | ) | ORDER AMENDING JUDGMENT |
| | ) | RE: SUPERVISED RELEASE VIOLATION |
| v. | ) | |
| | ) | |
| TIFFANY T. CONLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    WHEREAS, on June 15, 2012, in a separate case entitled *United States v. Conley*, CR-12-0459 EMC, the defendant was arrested and taken into custody before being released later that day;

    WHEREAS, on January 16, 2013, the defendant admitted to a violation of one of her supervised release conditions in the above-captioned case (CR-11-0713 EMC), namely, the condition that she not commit another crime;

    WHEREAS, on April 24, 2013, the Court entered judgment on the supervised release violation, and in the separate case, *United States v. Conley*, CR-12-0459 EMC, both sentences to run concurrently;

**STIP. AND [PROPOSED] ORDER RE: AMENDED JUDGMENT**
CR-11-0713 EMC

WHEREAS, the judgment associated with the supervised release violation stated that the defendant was sentenced to 4 years' probation with certain conditions, concurrent with the judgment in CR-12-0459 EMC;

WHEREAS, that judgment appears to reflect a clerical error, inconsistent with 18 U.S.C. § 3621(b);

WHEREAS, the parties, and the Probation Office, stipulate and agree that, with the consent of the Court, the judgment for the supervised release violation should be amended to reflect the following sentence:

1.  Supervised release is revoked;

2.  The defendant is sentenced to time served, concurrent with the time served in *United States v. Conley*, CR-12-0459 EMC;

3.  Defendant is placed upon a new term of supervised release in the above-captioned case, CR-11-0713 EMC, to run concurrently with the term of supervised release in *United States v. Conley*, CR-12-0459 EMC, all terms and conditions to be the same in each case. 18 U.S.C. §§ 3583(h), 3624(e).

SO STIPULATED.

DATED: May 13, 2013          MELINDA HAAG
                             United States Attorney


                                    /s/
                             Thomas E. Stevens
                             Assistant United States Attorney


DATED: May 13, 2013                 /s/
                             Timothy P. Crudo
                             Counsel to Tiffany Conley

**STIP. AND [PROPOSED] ORDER RE: AMENDED JUDGMENT**
CR-11-0713 EMC                           2

1 | DATED: May 13 2013         /s/
                                 Darnell Hammock, Probation Officer

### [PROPOSED] ORDER

Based upon the above stipulation, the Court hereby orders that the judgment in the above-captioned case be amended as set forth above.

IT IS SO ORDERED.

DATED: May __16__, 2013

IT IS SO ORDERED

Judge Edward M. Chen

**STIP. AND [PROPOSED] ORDER RE: AMENDED JUDGMENT**
CR-11-0713 EMC                             3